Original

FILED

2008 JAN 18 PM 3:25

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___RM___ _____DEPUTY

MIKEAL G. Stine # 55436-098
RAYMOND OECHSIE # 44776-066
U.S. PENitentiary / ADX
P.O. Box 8500
FIORENCE, Colorado, 81226-8500
— Plaintiffs Pro-Se..—



```
2254 _____ 1983 ✓
FILING FEE PAID
Yes _____ No _____
IFP MOTION FILED
Yes ✓ No _____
COPIES SENT TO
Court ✓ ProSe _____
```

## United States District Court
### Southern District of California

MIKEAL Glenn Stine:
AND, RAYMOND OECHSIE:

                                    Plaintiffs,

v.

SAN BErnardino County JAIL:
Lt. J. TroTTER:
Sgt. D. Florence: And
Sgt. Mahoney: et. al.,
(Enter full name of each defendant in this action.)

                                    Defendant(s).

'08 CV 0111 JLS AJB

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

### A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to
assert jurisdiction under different or additional authority, list them below.
28 USC 1331/Bivens, 403 U.S. 388 (Federal Prisoners)

### B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiffs; MIKEAL Glenn Stine #
55436-098: — AND — RAYMOND OECHSIE # 44776-066, P.O. Box
8500 Florence, Colorado, 81226 , were violated by the actions
of the below named individuals. The actions were directed against Plaintiffs, Stine, And
OECHSIE, AT WVDC/SAN BERNARDINO County JAIL. ON 12/8/07 - 12/21/07:
(institution/place where violation occurred)

—1—

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant SAN Bernardino WVDC resides in SAN Bernardino County
(name)                                                    (County of residence)
and is employed as a SAN Bernardino WVDC County JAil. This defendant is sued in
(defendant's position/title (if any))

his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: Holding Plaintiffs,"AT SAN Bernardino County JAil West VAlley Detention Center AS MATERIAL Witnesses For The Defense in USA Vs. SAhakien et. Al. # CR-02-938-VAP",

Defendant Lt. J. Trotter resides in SAN Bernardino County
(name)                                              (County of residence)
and is employed as a SAN Bernardino Sheriffs lieutenant. This defendant is sued in
(defendant's position/title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: Employeed By SAN Bernardino County West VAlley Detention Center And AS Duty Lieutenant WAS To ensure our Const. Rights Were afforded, He imposed His Unofficial Openion To His official Acts.

Defendant SGt. D. Florence resides in SAN Bernardino County
(name)                                              (County of residence)
and is employed as a SAN Bernardino Sheriff's SGt. This defendant is sued in
(defendant's position/title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: SGt. D. Florence AS Shift Supervisor WAS To ensure our Const. Rights Were Afforded under official CAPACITY, And Chose To intentionally impose His unofficial Openion To official Acts That Knowingly violated our Constitional Rights.

Defendant SGt. MAhoney resides in SAN Bernardino County
(name)                                              (County of residence)
and is employed as a SAN Bernardino Sheriffs SGt. This defendant is sued in
(defendant's position/title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: SGt. MAhoney AS Shift Supervisor WAS To ensure our Consti. Rights Were Afforded under His official CAPACITY, And Chose To Knowingly impose His unofficial Openion To official Acts That Willfully Violated our Consti. Rights.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Each Plaintiff's Right of

MEANingful Access To The Courts Were Willfully Violated.

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

On 12/8/07 Plaintiffs Stine And Oechsle Were Placed in the San Bernardino County Jail As defense "Material Witnesses" in USA Vs. SAhakicu ct. Al No. CR-02-938-VAP USDC/Riverside; Supervising United STATES MArshal O'connor Advised on 12/8/07 to San Bernardino County Jail West Valley Detention Center AT Rancho Cucamonga, Calif. That Plaintiffs Stine And Oechsle Were NOT Disciplinary And Were Co-Plaintiffs Pro-Se before Several Courts Specifically USDC-Colerado With "immenical Court deadlines Such AS 12/10/07 ╪ 12/15/07 And Would Require The use of Law Library, While Housed AT West Valley Detention Center, To Sgt. D. Florence; SEE; OECHSIE REQUEST ATTACHED AS Exhibit (1) Plaintiff Stine's Requests Were Never Returned "However" ── ─ ─ SEE; STINE Exhibits (1) Through (14) in Support, As Well Oechsle's Exhibits (1) (15) (16) (17) (18) (19) And (20) in Support of Claims.

Plaintiffs With Due Diligence MAde both Verbal And Written Requests To use law Library To Meet their USDC Deadlines And Showed officials To include All NAmed officials USDC Court orders Showing They Were Co-Plaintiff Pro-Se As Well HAd individual CASES With Deadlines EAch Must meet. All Defendants Responded that ONLY SAN Bernardino County Defendants With A SAN Bernardino County Court order Would be Allowed To use law Library, And No Federal Prisoners Housed AT SAN Bernardino County JAil WVDC (Denying Meaningful Access To Courts) SEE; Bounds Vs. Smith, 430 U.S. 817 (1977) "Supplement PAGE Attached"

AT 3-A

C. Causes of Action CONTINUED:

— NOTE Lieutenant J. Trotter; Sgt. D. Florence And Sgt. Mahoney STATEd you federal Prisoners Think your SPecial And This is SAN Bernardino County And only County INMATES Will USE THE LAW LibrARY HERE At SAN BERNARDINO County JAil; Further Per United STATES MArshal Contract For Housing Federal Prisoners, SAN Bernardino County is To Provide Indigents Such AS Plaintiffs With Postage To; Courts; ATTorneys And U.S. RepresentiTives, AT SAN Bernardino County JAil EACH Plaintiff Never Had Any funds While their, And EACH NAmed DefendANTS Refused EACH Plaintiff, PApEr, EnvElopes or Postage To Write Courts And ATTorneys, And Allowed each Plaintiff to miss Court Deadlines, Which Stated A Viable Claim for interference With Plaintiffs first Amendment Right To Petition redress of Grievances And Willfully CAUSEd Actual injury To Their Pending litigations by missing Deadline And Not being Supplied PApEr & Postage To File Needed Motions SEE; LEWIS VS. CASEY, 518 U.S. 343, 349, 351 (1996) And Gluth VS. KANSAS, 951 F.2d. 1504 (9th Cir. 1991), each defendant Were advised And Showed they must Allow Federal inmATES (Themselves Access To Law Library) And each STATEd To Sue Them, further Showing Their intentional Denial of Access To The Courts.

Count 2:  The following civil right has been violated: Denied Adequate Medical Care
(E.g., right to medical care, access to courts,
for Serious Medical Condition. 8ᵗʰ Amendment Violations:
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 2.]

On 12/8/07 San Bernardino County Jail West Valley Detention Center Recieved Plaintiffs Stine + Oechsle for Housing And Were Medically Prescribed "Bleeding Ulcer" Medication for Plaintiff Stine by Dr. Jeffry Haga Proscription # 4090864 being FAMOTIDine 20 mg. Tabs And Ibuprofen for Pain, EACH To be given in Morning And Evening, And if followed from 12/8/07 Through 12/21/07 Would Have Been given To Plaintiff Stine (26) Times, And Plaintiff Only recieved His Proscribed Medication (7) Times Total in 13-days thereby missing (13) times.... NOTE Deputy Wallan And Deputy Melendrez Will Confirm Above. Further Plaintiff Just Had Knee Surgery On Meniscus And ACL And On 12/9/07 Twisted Causing injury; Sgt. D. Florence And Mahoney forced Plaintiff to walk Held by Two unknown Guards And Nurse Did Not Examine Plaintiff stated you Walked Your Okay Never Comming Within 15-feet of Plaintiff Stine All Video Taped 12/9/07. SEE Exhibit (11) Attached Orthopedic ordered me put on Crutches but Staff Per-orders of Sgt. D. Florence And Mahoney in Writing Directed I be Hand-Cuffed Disallowing me to use Crutches And Stated Dr. ordered them, Not that you must use them!" Further Exhibit (11) States And X-Ray Was Taken, "However" This is A lie by P. Stafford, R.N. Supervisor, "As Never Was Any Sort of X Ray Taken" Again Deputy Wallen Will Confirm.
     Plaintiff Oechsle was Denied His Needed And Medical Proscribed Seizure Medication Allowing Him to Have Seizures On 12/13/07 And 12/24/07 Causing Serious Injury * Supplement Page Attached (4-A) *

-4-

Count 2: (CONTINUED): SEE ATTACHED EXHIBIT (18) Concerning SEIZURES And Conduct of SAN Bernardino County JAIL And on 12/20/07 Plaintiff OECHSLE Pushed Emergency medical Button of Which Was "NOT" Answered, AT 2000 Hours Plaintiff OECHSLE STATED To DEPUTY I feel like I'm going To Have A SEIZURE Need to See medical, the Deputy ignored Plaintiff And Plaintiff feel out Having SEIZURE Hitting His Head, MR. STINE bAnged on Door Until Someone Answered And Told Them OECHSLE is out on Floor, That He Too Had been CAlling staff With No Response, OECHSLE Was Then Picked up on CAmerA brough outside door HArd-Cuffed Then Shackled Dizzy from SEIZURE And 5-STAFF on CAmerA Allowed Plaintiff OECHSLE To fall Again injuring Himself on cement Floor, Immediately forced to WAlk To Medical Shackled & Dizzy ordered to SEE Doctor of Which WAS NOT Provide to Plaintiff OECHSLE, The Above Conduct Constitutes 8th Amendment Violations Pursuant To ESTelle Vs Gamble, 429 U.S, 97, 104, 97 S.Ct. 285, 50 L.Ed.2d. 251 (1976) Further SAN Bernardino County Detention Center failed To TAke Action to Abate injury And Refusing TO Answer Emergency CAll Button Constitutes deliberate indifference SEE FArmer Vs. Brennan, 511 U.S. 825, 847, 114 S.Ct. (1970) 128 L.Ed.2d 811 (1970).

Plaintiffs STINE Also Needed Medical Attention Due His Medicine WAS Not brought And STAFF refused To Answer The Emergency Button on 12/11/07 for Plaintiff SEE Exhibit (6) (21) And (22) ATTACHED; Constituting Willfull infliction of UNNecessary Pain by Refusing To Answer Emergency Button To get Plaintiff STINES Medication in Violation of 8th Amendment, "SEE Gamble Supra";

<u>Count 3:</u> The following civil right has been violated: <u>DUE Process in Violations</u>
(E.g., right to medical care, access to courts,

<u>OF 5TH And 14Th Amendment And Outside Recreation</u>.
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts:</u>  [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name,* did to violate the right alleged in Count 3.]

ON 12/8/07 SAn Bernardino County JAil HAD Plaintiffs STINE And OEChsle PlAced in Protective Segregation Without AffordiNg Either Any Sort of DuE Process HeariNg or Evidence for Needed PlAcement, "NOTE" Plaintiffs Were Never broaght before Any sort of Classification As All Other 3000 SAn Bernardino County JAil inmates including Other Federal Prisoners. And AT The Directions of Sgt. D. Florence; Sgt. MAhoney And Lt. TrOTTer EACh Plaintiff Requested Release TO General Population And Defendants increased Condition on EAch Plaintiff ThAT Greatly Exceed Disciplinary Segregation And imposed An ATypical HArdship On Plaintiffs Relevant TO A Correctional or County JAil environment in Violation of U.S. Supreme Court MANdATES of WilkensoN VS. AusTiN, (June 2005), SEE; Plaintiffs Exhibits (2) (3) (8) (16) (20) "further" EACh Plaintiffs Were denied outside Recreation When All Other INMATE S Received outside Recreation dATing from 12/8/07 Through 12/21/07 WithOuT Any DuE Process HeariNg or Disciplinary TAkiNg STATed outside Recreation, NOTE ordered By Sgt. D. Florence; Sgt. MAhoney And Lt. J. TrOTTer As means of Retrubution And Retaliation.

Count 3: The following civil right has been violated: UNSAFE Housing And Medical
TREATMENT: DeliberatE IN Difference And Cruel Unusual Punishment.
(E.g., right to medical care, access to courts,
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:    [Include all facts you consider important to Count 2.  State what happened clearly and in your
own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, by
name, did to violate the right alleged in Count 2.]

Plaintiffs STINE And OEchsle State that Sgt. D. Florence; Sgt.
Mahoney And Lt. Trotter Placed Each Plaintiff in Deep Isolation
"About Disciplinary Segregation" Without ANY Sort of Violation of
Rules or Due Process Hearing". Staff Are " TOO MAke SafETY
Checks every 30-Minutes; However AT START of Shift Staff
Would Fill out Check Form For The Entire Shift And Would
ONly Come in To Feed Plaintiffs. The Cells Are Equipped With
Emergency Duress ASSISTANCE ButTon So INMATE Can Summons
Medical Help." FROM 12/8/07 Through 12/12/07 "BoTh Plaintiffs
(STINE And OEchsle) Were NoT Given Their Prescribed Medication
And STAFF Would NOT Answer The Duress ButTon, And ON
12/13/07 Plaintiff OEchsle HAD Seizure", And Prior To PASSING
Out Plaintiff OEchsle fElt Seizure Comming oN And HAD NoT
been Provided His Medically Prescribed SEIZure Medication
And Pushed Duress ButTon", And STAFF Would NoT Answer.
Plaintiff STINE Also Pushed His ButTon To GEt ASSISTANCE
For Plaintiff OEchsle And STAFF Would NoT Answer His Duress
ButTon Either And Plaintiff OEchsle FEll Down HAving SEIZure
HitTing His Head And Bleeding." STAFF NEVER CAmE FoR Hours
And ON 12/14/07 U.S. MArshal O'Connor CAmE To See Plaintiff
STINE + OEchsle in Which Foregoing matter WAs Addressed And
Plaintiffs Were told that He U.S. Marshal O'Connor WAs going
To Move Plaintiffs from SAN Bernardine WesT VAllEy
DeTention Center That STated Conditions Were uncalled For
And left.

                              * CoNTINUED AT (5B) *

                    — 5A —

(4)

Count: ~~████~~ CONTINUED":

"ON or about 12/20/07 at approximately 2000 Hours" Plaintiff Stine And Oechsle HAd Not been given Their Medically Prescribed Medication And MR. Oechsle's WAS SEIZURE Medication Both Pushed Emergency Duress button for Their Medication And No Staff Would Answer, Plaintiff Oechsle told Plaintiff Stine Get Me Some Help I'm feeling the beginning of A Seizure. And at about This Time Deputy Came in And Both Told Them To Get their medication And Oechsle stated "Get me Medical I'm A feeling Seizure, The Deputy Smiled And WAlked off. Approxi-mately 1-hour Passed And Plaintiff Stine Got Attention of Another Staff, When found MR. Oechsle in Seizure State, on Floor With Forehead Busted Open large Lump & Bleeding, At Approximately 2110 Hours 12/20/07 Summoned Medical Help And Discovered Oechsle HAd Not Recieved His Medication Due Hours before this Seizure", And stated Thats Common Her, "We Have Over 3000 Inmates". And Confirmed Emergency Duress Buttons of Stine & Oechsle Were Working And Could Not Answer Why Deputy AT 2000 Hours failed To Get medical When Advised that Neither Stine or Oechsle HAd Recieved their Medication And Oechsle's Statement I feel like I'm fixing To Have Seizur When if Medication HAd been Given on Time And Medical Summoned AT 2000 Hours When Oechsle And Stine Told Him the Seizure And Injury To Head Could Have been Abated. "When Medical Did Arrive AT Approximately 2110 HRS. With About 6-8 Guards And Nurse All Was Video Taped, Staff Took Plaintiff Oechsle From His Cell E-7 HA-d-Cuffed And Demanded Plaintiff Oechsle be Hand-Cuffed & Shackled Even —

* Continue AT (5C) *

— 5B —

Count : (4) CONTINUED:

~Though Bleeding And Dizzy, Staff Would Not Hold Plaintiff Oechsle Stating lift your foot standing on one foot to Shackle Oechsle, And Oechsle on Camera Tumbled over Hand-Cuffed Hitting Solid Concrete Floor. Note At least 6-8 Staff Present And None Attempted To Prevent Oechsle's Second Fall Again Causing Further Injury And Was All On Tape. (Video Camera) 12/20/07. Its Further Stated Each Plaintiff Oechsle & Stine Were Prescribed Medication Morning And Evening by Jail Doctor, And Frm 12/8/07 Through 12/20/07 Should Have received Medication (24) times And Records Will Show Neither Stine or Oechsle Refused their Medication, "However Not Given To Plaintiff or Within time Periods ordered".
               The foregoing Acts of San Bernardino County Jail & Staff Supervisors Lt. Trotter', Sgt. D. Florence And Sgt Mahaney Were Directly involved And Re-Sponsible As Shift Sgt'. / Lt. etc. Supervisors To Ensure Plaintiffs Stine And Oechsle Recieved their Medication And Were Housed in Safe Environment, The Conduct of Staff incarcerated Plaintiffs in unsafe Conditions / unadequate medical Care / Cruel + unusual Punshment And failed To Take Corrective Action To abate Injury And Conditions See: Farmer vs. Brennan, 511 U.S. 825, 847, 114 S.Ct. 1970, 128 L.Ed. 2d. 811 (1970). The Ddar of Medication once Prescribed by Doct. Violates 8ᵗʰ Amend. See: Estelle vs. Gamble 429 U.S. 97, 104, 97 S.Ct. 285, 50 L.Ed. 2d. 251 (1976), Further', See: Rouse vs. Plantiers, 182 F.3d. 192, 197, (3ʳᵈ Cir. 1999) Citing Estelle, 429 U.S. At 104. (End of Claim )

─ 5C ─

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____

_____

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____

(d) Issues raised:

_____

_____

_____

_____

(e) Approximate date case was filed: _____

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] (Yes ☒) No.

If your answer is "Yes", briefly describe how relief was sought and the results.   If your answer is "No", briefly explain why administrative relief was not sought.

I filed Requests And Presented Documentation To Support Request of Which WAS NOT ANY Action Taken To Correct • I Then Filed Grievances And Grievance Appeals Noting That Conditions only Got Worse, And I Suffer Stated Acts Willfully imposed upon Me By Named Defendants until Released 12/21/07 And Exhausted All Grievance Procedure for SAN Bernardino County JAil INMATES Without Corrective Action.

✳ End of Complaint Statements ✳

-6-

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

    1. An injunction preventing defendant(s): *Immediate Order That All Inmates Be Allowed To Use Law Library To include Federal Inmates And Indikent Legal Mail be Posted daily By San Bernardino County Jail officials.*

    2. Damages in the sum of $ *100,00.00*

    3. Punitive damages in the sum of $ *100,00.00*

    4. Other: *Special Monitor Appointed For 36 months*

**F. Demand for Jury Trial**

Plaintiff demands a trial by ⊗ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

    **OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

*1/10/08*
Date

*Mikeal Glen Stine*
*Raymond Oechsle*
Signature of Plaintiff s

-7-

Exhibit (1)

Unit 2

SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
DETENTION AND CORRECTIONS BUREAU

## INMATE REQUEST SLIP

Raymond Oechsle    0712341071

Name of Inmate            Booking #

AD Seg 2            12-9-07

Housing Location        Date of Request

I RESPECTFULLY REQUEST to use the
Law Library. I'm under
an imminent Deadline.
Could I use the Law
Library with my
CoPlaintiff Mikeal Glenn
Stine? Willing to Go in
there At Any time.

(USE REVERSE SIDE FOR ADDITIONAL SPACE)

Law Library is Soi tto the
Inmates only due to Over crowding

Deputy Reviewing/Completing/Request        Date

GHRC P.S.#1007

Exhibit (1)

— 8 —

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

☐ ADC
☒ WVDC
☐ CDC
☐ GHRC
☐ OTHER _____

## INMATE GRIEVANCE INVESTIGATION

*EXHIBIT (2)*

---

Date __12/10/07__                                  Grievance # __0734612035__

Inmate's Name __Stine, Mikeal__                    Booking # __0712341072__

Investigation Conducted By __Dep. S. Thies__       Employee # __B4679__

### SUMMARY OF COMPLAINT AND FINDINGS

**Complaint:**
Inmate Stine alleges he has been denied access to the Law Library. He also claimed that he is improperly classified as Segregated Protective Custody.

**Findings:**
The United States Marshal transported Stine to WVDC on Friday, December 7, 2007. He is currently testifying as a federal witness in Riverside. Inmates with an issuance of a Superior Court order granting Pro Per status are allowed Law Library access only during weekdays.

Stine was classified as Segregated Protective Custody because of his current Aryan Brotherhood drop-out status and instructions left by the USM office.

**INMATE COPY PLEASE DELIVER**

### ACTION TAKEN

Greivance answered.

Interim responce, a copy was sent to Sergeant Dorrough from Support Services for further review.

*SGT. DORROUGH WILL ANSWER LAW LIBRARY ISSUE — JCT 12/11/07*

Reviewed By __Jack Trotter__                Approved By __Jack Trotter__
            Duty Lieutenant                             Facility Administrator

Written reply given to inmate on _____ At _____ By _____
                                  Date          Time        Print Name

This complaint has been discussed with me and I have been advised of the findings.

__Mikeal D. St__                            __12/12/07__
   Inmate Signature                              Date

---

☐ Original: Inmate's Booking Jacket    ☐ Copy: Inmate    ☐ Copy: Administration

*EXHIBIT (2)*

ASU#050402

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

☐ ADC
☒ WVDC
☐ CDC
☐ GHRC
☐ OTHER _____

## INMATE GRIEVANCE INVESTIGATION

Exhibit (3)

---

Date __12/10/07__                                          Grievance # _____

Inmate's Name __Mikeal Stine__                          Booking # __0712341072__

Investigation Conducted By __Sgt. R. Dorrough__         Employee # __D0478__

### SUMMARY OF COMPLAINT AND FINDINGS

Inmate alleges he is being denied access to the law library. He alleges he has an "immenint court deadline". He also alleges that Sgt. Florence and Sgt. Mahoney acted unprofessionally. He also alleges he is being denied medical care for a twisted left knee. He is also requesting forms to file federal complaint.

FINDINGS: This inmate is housed at WVDC from a Federal Prison to testify as a federal witness in Riverside. He was originally only going to housed until 12/14/07 but that was extended until 12/21/07. He does not have a criminal case in San Bernardino County nor does he have a San Bernardino County court order for prp per status in San Bernardino County. If he has an injury he should submit a medical request slip to be seen at sick call. It is only his openion that the Sergeants mentioned acted unprofessionally. His "immenint court deadline" has passed. We currently have a full schedule of pro pers in the law library working on San Bernardino County criminal cases. It would have been inpossible to get this inmate into the schedule on such short notice. We have San Bernardino County inmates that we have a difficult time getting into the law library.
The forms he requested are attached.

### ACTION TAKEN

**None**

INMATE COPY PLEASE DELIVER

---

Reviewed By __Jack Trotter__                 Approved By __Jack Trotter__
         Duty Lieutenant                            Facility Administrator

Written reply given to inmate on __12-12-2007__ At __1830 HRS__ By __K Johnson__
                                   Date            Time            Print Name

This complaint has been discussed with me and I have been advised of the findings.

__Mikeal J St__                                          __12/12/07__
     Inmate Signature                                        Date

---

☐ Original: Inmate's Booking Jacket     ☐ Copy: Inmate     ☐ Copy: Administration

Exhibit (3)

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

*Exhibit (4)*

☐ **INITIAL INMATE GRIEVANCE**

☒ **GRIEVANCE APPEAL**

| | |
|---|---|
| Inmate's Name Stine, Mikeal | Booking # 07-12341072 |
| Housing Location Ad-Seg II G-2 | Date of Complaint 12-8-07 Through Present |
| Date of Incident 12/8/07 - Pres Time of Incident | Location of Incident Ad-Seg II G-1 |

*EXPLAIN YOUR COMPLAINT (include dates, times, and names of other persons involved)*

"NOTE" This is a Continuing Complaint SEE Initial Grievance # ~~6734~~ 6734 -12635, NOTE facility States Must Have Pro-Per order from Superior Court, The facility Should Take Judicial Notice I Have U.S. District Court Pro-Per Status order of which is (4) levels Exceeding S/B Superior Court order, Additionally facility trys to imply (court) S/B CASES Are allowed Access when they Conflict with U.S. Marshals And CASES Are tried under Place Here that Took Place All over U.S.

＊ Additionally Supreme Court in Bounds Vs. Smith, 430 U.S. 817 (1977) "All INMATES Must Be Allowed law Library Access, Anything less Violates Const. Right of Access To the Courts SEE: Further: Gluth Vs. Kansas 951 F.2d 1504 (9th Cir. 1991), The Denial is Causing Actual Injury To Several of My CASES I'm Pro se in SEE: LEWIS VS. CASEY 518 U.S. 343, 349, 351 (1996), I Want immediate Corrective Action.

*(ATTACH ADDITIONAL PAGES IF NEEDED)*

Inmate Signature *Mikeal J. Stine*     Date 12/13/07

*DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY*

Received By K. Johnson     Date 12-13-2007     Time 1432 HRS
*Employee's Name (please print)*

Grievance # _____  Date _____  Assigned to _____

Original: Inmate's Booking Jacket          Copy: Inmate          Copy: Administration

*Exhibit (4)*

ASU#050401

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

*Exhibit (5)*

☒ **INITIAL INMATE GRIEVANCE**

☐ **GRIEVANCE APPEAL**

Inmate's Name  MIKEAL Stine          Booking #  0712341072

Housing Location  Ad-seg II G-1          Date of Complaint  12/10/07

Date of Incident  12/10/07     Time of Incident _____     Location of Incident  Ad-seg II G-1

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved)

WVDC Was Aware that I'm Pro-Per In The following Case Numbers:
06-CV-02105-W4D-PAC; 07-CV-0021-W4D-KLM; 07-CV-00799-W4D-KLM;
07-CV-01248-BNB; 07-CV-01250-W4D-KLM; 07-CV-01839-BNB; 07-
CV-02703-VIFD-KLM U.S. District Court Judge WILEY Dan Daniels
And Had Court filing Deadlines of 12/10/07, I Was And Continue
To be Denied Law Library Access by WVDC + Deputys As
Malicious suspect of Sgt. D. Florence Pet and Sgt. Mahoney, The
Acts Have Now Caused Actual Injury; of interference With
my First Amendment Right To Petition for redress of Wrongs And
demonstrates Actual Injury And Prejudice to litigations SEE:
LEWIS Vs. CASEY, 518 U.S. 343, 349, 351 (1996) further The
Denial of Law Library To Prise Inmate Constitutes Denial of Access
To The Courts SEE: Bounds Vs. Smith, 430 U.S. 817 (1977) +
Gluth Vs. Kansas, 951 F.2d 1504 (9th Cir. 1991).

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature  *Mikeal J. St*          Date  12/10/07

**DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY**

Received By  F. WILLIAMS          Date 12-10-07     Time  2028
             Employee's Name (please print)

Grievance # _____  Date _____  Assigned to _____

Original:  Inmate's Booking Jacket          Copy:  Inmate          Copy:  Administration

*Exhibit (5)*

— 12 —

ASU#050401

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
Detention and Corrections Bureau

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

Exhibit (6)

☒ **INITIAL INMATE GRIEVANCE**
☐ **GRIEVANCE APPEAL**

Inmate's Name: Stine, Mikeal G.    Booking #: 0712341072

Housing Location: Ad-Seg II G-1    Date of Complaint: 12/11/07

Date of Incident: 12/11/07    Time of Incident: 0830    Location of Incident: Ad-Seg II G-1

Staff working Control from 2000 Hrs 12/11/07 - Through 0800 hours 12/12/07 Will NOT Answer or Acknowledge the Call button in the cells, Note Other Staff other Shifts Have Confirmed Nothing Wrong, Note This refusel to Answer the Call button Places inmate lifes at stake And Demonstrates unProfessional Conduct by Sheriffs Detention officers And due Placing inmate lifes at stake due Conduct, Constitues 8th Amendment Violation And Actionable Persuant To 42 USC 1983, I Request immediate Corrective action. Note Button approximately 0830 Hours 12/12/07 Stin NOT Acknowledging or Answering Stated Call Button - Thank you

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature: Mikeal G. Stine    Date: 12/12/07

**DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY**

Received By: F. Diez C 7194    Date: 12/12/07    Time: 1415

Grievance #: _____ Date: _____ Assigned to: _____

Original: Inmate's Booking Jacket    Copy: Inmate    Copy: Administration

13

Exhibit (6)

ASU#050401

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

*Exhibit (7)*

☒ **INITIAL INMATE GRIEVANCE**

☐ **GRIEVANCE APPEAL**

Inmate's Name  Stine, Mikeal, Glenn

Booking #  0712341622

Housing Location  Ad-Seg II G-1

Date of Complaint  12/12/07

Date of Incident  12/12/07

Time of Incident  1600hrs

Location of Incident  Ad-Seg II G-1

**EXPLAIN YOUR COMPLAINT (include dates, times and names of persons involved)**

This Date Staff Attempted To Get me to Sign A Medical Refusal Slip And Would Not Allow me to Make a Statement of Which Shows my Reasons of Which Are Contrary To facts Stated By WVDC. Wherefore facts are Not Stated Correctly And Erroneously.. Then Staff State you Want me to Confirm & Sign. WVDC Created a definite Enviroment of Which Any Person Would Refuse And then Claims one Refuses medical treatment NOTE Conditions to Receive medical Treatment Violate Conditions of United States Court Orders And Place me in Jeopardy to Comply With NON-Policy Conditions imposed on me and Violate 8th Amendment.

**(ATTACH ADDITIONAL PAGES IF NEEDED)**

Inmate Signature  *Mikeal J. Stine*

Date  12/12/07

**DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY**

Received By  K Johnson

Employee's Name (please print)

Date  12-12-2007

Time  1830 hrs

Grievance # _____  Date _____  Assigned to _____

Original: Inmate's Booking Jacket          Copy: Inmate          *Exhibit (7)* Copy: Administration

ASU#050401

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

☒ WVDC
☐ CDC
☐ GHRC
☐

Exhibit (4)

☐ **INITIAL INMATE GRIEVANCE**

☒ **GRIEVANCE APPEAL**

Inmate's Name STINE, MIKEAL, L.    Booking # 0712341022

Housing Location Ad-Seg II G-1    Date of Complaint 12/13/07

Date of Incident 12/8 - Thru present    Time of Incident 0100    Location of Incident Ad-Seg II G-1

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved)

Pursuant To Initial Grievance + Response I'm Classified Protective Seg.
Due My Drop-out Status from Aryan Brotherhood And Instructions of
U.S. Marshal, However, No Classification Due Process Hearing held As
Mandated by Wilkerson US. Austin (June 2005) Which Mandates Due
Process Hearing before Placement, And I be Allowed to Make Statement,
Refute evidence And Present Evidence. None was afforded.

　　　　　* Additionally No Evidence I was ever A/B
And if so No evidence I've dropped out. Nov 29 2007 U.S. Dist Court
Judge Daniels Stated (2) Page order No Need for Protective Seg. Further
U.S. Marshal Can Not Order me in Protective Seg without evidence
of my Request. Wilkerson SUPRA, further I Testifying for
Aryan Brotherhood Defense Not Against And I'm from ADX
Federal Penitentiary General Population with No Ties A/B, So
1) Shows No Need, And I want released To G.P.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _Mikel L. St_    Date 12/13/07

**DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY**

Received By DEP. MELENDREZ    Date 12/13/07    Time 2030
Employee's Name (please print)

Grievance # _____    Date _____    Assigned to _____

Original: Inmate's Booking Jacket    Copy: Inmate    Copy: Administration

Exhibit (4)

ASU#050401

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

☒ WVDC
☐ CDC
☐ GHRC
☐

Exhibit (9)

☐ **INITIAL INMATE GRIEVANCE**

☒ **GRIEVANCE APPEAL**

Inmate's Name: Stine, Mikeal, Glenn     Booking #: 0712341022

Housing Location: Ad-seg II (6-1)     Date of Complaint: 12/16/07

Date of Incident: Since 12/8/07     Time of Incident: N/A     Location of Incident: Ad-seg, II (-)

**EXPLAIN YOUR COMPLAINT** (Include dates, times and names of persons involved)

Ive filed Initial Grievances on: Access to Court/Law Library;
Inadequate Medical Care/Delivery of Medication; No Outside Recreation;
No Envelope Provided/Postage for legal mail; No Copies of Legal
Motions + Exhibits for filing in Federal Court,,, And San Bernardino
County West Valley Detention HAS failed To Address, Wherefore
I'm filing final Grievance Appeal As Required by (PLRA)
before filing the Federal Suit Pursuant To 28 USC 1331, 1343
And 42 USC, 1983, Defendants are Sgt. D. Florence; Sgt.
Mahoney; Lt. Trotter And San Bernardino County West Valley
Detention Center for Violating Above Secured Rights under
1st 5th 8th And 14th Amendment, The foregoing ACTS HAve
Caused Injury And Discriminates Against USM-Prisoners
" Federal Suit Pursuant To Above Statutes And Additional Cites
under 28 CFR Will be filed USDC/U.S. DIST. Court.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature: Mikeal G. St     Date: 12/16/07

DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY

Received By: DEP. WALLEN     Date: 12/16/07     Time: 1730 HRS
Employee's Name (please print)

Grievance # _____     Date _____     Assigned to _____

Original: Inmate's Booking Jacket          Copy: Inmate          Copy: Administration

Exhibit (9)

← 16 →

ASU#050401

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

*Exhibit (10)*

☒ **INITIAL INMATE GRIEVANCE**
☐ **GRIEVANCE APPEAL**

Inmate's Name  Stine, Mikeal, Glenn   Booking # 0712341672

Housing Location  Ad-Seg II G-1   Date of Complaint 12/17/07 / 1030 Hrs.

Date of Incident 12/17/07  Time of Incident 1030 Hrs  Location of Incident Ad-Seg II G-1

**EXPLAIN YOUR COMPLAINT** (include dates, times, and names of persons involved)

I'm Prescribed omprezole Treatment And Zantac by Medical Doctor for ulcer And Acid Reflex to be given morning And Evening, This is further Prescribed by WVDC Doctor in Addition to U.S. Penitenciery Dr. Nafziger AT Florence Ad-max/ADX. The Denial + Delay Causes unnecessary Pain And further Complicates The Condition; I.V violation of U.S. 8th Amendment. SEE Estelle Vs. Gamble 429 U.S. 97, 104 97.SCt. 285, 50 L.Ed 2d. 251 (1976), "once Prescribed by Doctor" the Delay or Denial To issue As Prescribed Violates Inmates 8th Amendment, Particularly Persuint To 42-USC 1983 And 28 USC 1331, 1343; Citing Estelle, 429 U.S. at 104. "Note" I've only been given 4-Times Since 12/5/07 And should Have Received morning + Evening Comming to (18) Times. This further Constitues Deliberate Indifference to Medical Needs Citing Estelle "Supra" Supplement Attached

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature  *Mikeal G. St.*   Date 12/17/07

**DO NOT WRITE BELOW THIS LINE – STAFF USE ONLY**

Received By DEP. S.WALLEN   Date 12/17/07  Time 1441 Hrs.
Employee's Name (please print)

Grievance # _____  Date _____  Assigned to _____

Original: Inmate's Booking Jacket   Copy: Inmate   *Exhibit (10)* Copy: Administration

ASU#050401   —17—

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

☒ WVDC Medical
☐ GHRC Medical
☐ CDC Medical
☐ ADC Medical

# INMATE MEDICAL
# GRIEVANCE INVESTIGATION

*Exhibit (11)*

*2ASI*

Date __12/11/07__                              Grievance # __0734MG12013__

Inmate's Name __Stine, mikeal__                Booking # __0712341072__

Investigation Conducted By __P. Stafford, RN, Supervisor__    Employee # _____

## SUMMARY OF COMPLAINT AND FINDINGS

Complaint; You say you reinjured your knee. You feel your constitutional rights are being violated. You feel you are not receiving proper medical care.

Findings; A review of your medical record indicates you were evaluated by a nurse when you complained of knee pain on 12/9/07 and were uncoopertive with the staff. You were referred to doctor sick call and an x-ray was taken. A consult was obtained with orthopedic doctor at ARMC.

*Never Done*

## ACTION TAKEN

No further action taken at this time.

Reviewed By _____    Approved By _____
               Nursing Supervisor                      Health Services Administrator

Written reply given to inmate on _____ At _____ By _____
                                   Date          Time              Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____                    __12/17/0?__
      Inmate Signature                              Date

☐ Original: Inmate's Medical Record        ☐ Copy: Inmate

ASU#050402M

*Exhibit (11)*

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

☐ ADC
☒ WVDC
☐ CDC
☐ GHRC
☐ OTHER _____

## INMATE GRIEVANCE INVESTIGATION

Exhibit 12

| | |
|---|---|
| Date **12/13/07** | Grievance # **0734G12048** |
| Inmate's Name **Mikeal Stine** | Booking # **0712341072** |
| Investigation Conducted By **Sgt. R. Dorrough** | Employee # **D0478** |

### SUMMARY OF COMPLAINT AND FINDINGS

Inmate alleges he is being denied law library access.

**FINDINGS:** This grievance has been asked and answered. This inmate is at WVDC from Federal prison as a witness. Our law library is currently full with San Bernardino County inmates in pro per. This inmate not being allowed to come to the law library is not in support of any Deputy or Sergeant at WVDC. The grievance system is in place to redress alleged wrongs.

### ACTION TAKEN

**None**

**INMATE COPY PLEASE DELIVER**

Reviewed By _Jack Tretter_
Duty Lieutenant

Approved By _Jack Tretter_
Facility Administrator

Written reply given to inmate on _____ At _____ By _____
Date                    Time           Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____                    _____
Inmate Signature                                  Date

☐ Original: Inmate's Booking Jacket    ☐ Copy: Inmate    ☐ Copy: Administration

Exhibit

-19-

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

Exhibit (13)

☐ ADC
☒ WVDC
☐ CDC
☐ GHRC
☐ OTHER _____

## INMATE GRIEVANCE INVESTIGATION

Date  **12/17/07**                                    Grievance #  **0734G12047**

Inmate's Name  **Raymond Oechsle**                    Booking #  **0712341071**

Investigation Conducted By  **Sgt. R. Dorrough**      Employee #  **D0478**

### SUMMARY OF COMPLAINT AND FINDINGS

Inmate alleges his 1st amendment rights are being violated because he is not being allowed to go to the law library.

FINDINGS: The WVDC law library is for inmates granted pro per status for criminal cases in San Bernardino County. We currently have a over filled pro per schedule. This inmate was sent down from prison as a witness. If he has a state case he is pro per on while he is here we do not have room even for San Bernardino cases.

### ACTION TAKEN

None.

**INMATE COPY PLEASE DELIVER**

Reviewed By _____          Approved By _____ 12-18-07
           Duty Lieutenant                              Facility Administrator

Written reply given to inmate on _____ At _____ By _____
                              Date           Time              Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____          _____
       Inmate Signature                                    Date

☐ Original: Inmate's Booking Jacket      ☐ Copy: Inmate          ☐ Copy: Administration

Exhibit (13)

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
_**HEALTH SERVICES REQUEST**_

Exhibit (4)

- [x] WVDC
- [ ] GHRC
- [ ] CDC
- [ ] Other:

| | | | |
|---|---|---|---|
| _12/14/07_ | _Stine_ | _Millcol_ | _Glenn_ |
| **DATE** (Fecha) | **LAST NAME** (Apellido) | **FIRST** (Primer Nombre) | **MIDDLE** (Segundo) |

| | | |
|---|---|---|
| _0712341072_ | _8/15/58_ | _Ad-Seg D, C1_ |
| **BOOKING NUMBER** (Numero De Prisionero) | **DATE OF BIRTH** (Fecha de nacimiento) | **HOUSING LOCATION** (Unidad de vivienda) |

**CHECK ONE BOX:** (Marque una)   [x] **MEDICAL** (Medico)   [ ] **DENTAL** (Dental)   [x] **MENTAL HEALTH** (Salud Mental)

**PROBLEM:** (Problema) _I'm Told My Stomach medical ___ ____ until I Need it _____ Excuse ____ Taking Lexy Wros old For _____ And _____ _____ "Note I was Told to do this by Nurse ___ Missing Meds _____ _____ _____ Toxic_

**ALLERGIES:** (Alergias)

**WHEN WAS YOUR LAST VISIT TO THE JAIL NURSE OR DOCTOR?** _12/14 ___ ___ ____ ____
(¿Cuando fue la ultima visita con el doctor o enfermera?)

**WHEN IS YOUR NEXT COURT DATE?** _12/19/07_
(¿Cuando es la proxima fecha que va a corte?)

_**THERE WILL BE A CO-PAY FEE OF $3.00 FOR INMATE-INITIATED, NON-EMERGECY HEALTH CARE SERVICES PROVIDED. CERTAIN HEALTH CARE SERVICES ARE EXEMPT FROM THE FEE.**_
_(HAY UN CARGO DE TRES DOLARES POR SERVICIOS MEDICOS SOLICITADOS POR PRISIONERO QUE NO SEAN CASOS DE EMERGENCIA. CIERTOS SERVICIOS DE CUIDADO DE SALUD SON EXCLUIDOS DEL CARGO.)_

**Inmate's Signature:** (Firma) _Michael G. St_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MEDICAL STAFF RESPONSE**

RN/MD S/C (DATE): _____     Dental/Mental Health Referral [ ]

_Requested _____ and ____-___-_____ _____ so ___ __ __ ____ _____

| | | |
|---|---|---|
| _-607_ | _000_ | _JHood _____ |
| **Date** | **Time** | **Health Care Provider** |

**Distribution:**     White/Yellow – Medical Staff     Pink – Inmate

— 21 —

Exhibit (4)

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

☑ **INITIAL INMATE GRIEVANCE**
☐ **GRIEVANCE APPEAL**

Inmate's Name _Raymond Dechale_    Booking # _07123467_

Housing Location _AD SQ 2 G 2_    Date of Complaint _12-10-07_

Date of Incident _12-10-07_    Time of Incident _____    Location of Incident _WDC SQ 2 G 2_

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved)

WVDC is aware that I'm A Pro-Per
Litigant. I've missed A Court
Deadline on 12-10-07 in front of Judge
Wiley Daniels. Case Number: 07-CV-01524-EW
I need access to The Law Library At
this time WVDC continues to deprive me
access to the Law Library These Acts
of interference have caused Actual
Injury Violating my First Amendment
Rights.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _Raymond Dechale_    Date _12-10-07_

**DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY**

Received By _E WILLIAMS_    Date _12-10-07_    Time _2026_
Employee's Name (please print)

Grievance # _____    Date _____    Assigned to _____

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

*EXHIBIT (16)*

☒ **INITIAL INMATE GRIEVANCE**

☐ **GRIEVANCE APPEAL**

Inmate's Name: Raymond Oechsle    Booking #: 0712341071

Housing Location: AD Seg 2 G-2    Date of Complaint: 12-13-07

Date of Incident: 12-8 to 12-13    Time of Incident: Ongoing    Location of Incident: AD Seg 2 G-2

EXPLAIN YOUR COMPLAINT (include names, times, and names of persons involved)

I'm Locked down without Law Library Access: in extreme isolation under protective Segregation with conditions more harsh than Disciplinary Segregation: I'm denied outside recreation / ETC... All of the above was done without allowing me anytype of hearing, classifct: Due Process, that's mandated by the U.S. Supreme Court in Hewet Vs Helms (1994) & the June 2005 Mandate of U.S. Supreme Court in Wilkinson Vs. Austin. The conditions above taken together exceed an Atypical & Significant Hardship in A Jail/Correctional environment Violating the 1st 5th, 8th, And 14th Amendment. I've filed numerous Request to Staff About this Matter No Action Taken

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature: Raymond Oechsle    Date: 12-13-07

DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY

Received By: K. JOHNSON
Employee's Name (please print)
    Date: 12-13-2007    Time: 1436 HRS

Grievance # _____ Date _____ Assigned to _____

Original: Inmate's Booking Jacket    Copy: Inmate    *EXHIBIT (16)*    Copy: Administration

ASU#050401

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

*Exhibit (17)*

☒ **INITIAL INMATE GRIEVANCE**
☐ **GRIEVANCE APPEAL**

Inmate's Name **Raymond Oechsle**   Booking # **0712341071**

Housing Location **Ad Seg 2 G-2**   Date of Complaint **12-13-07**

Date of Incident **12-8 to Present**   Time of Incident **Ongoing**   Location of Incident **Ad Seg 2 G-2**

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved)

"Note" This complaint is ongoing. WVDC is causing additional injury to my federal case #07-CV-01839-BMK in which my imminent Court deadline passed without my response due WVDC disallowing me requested Law Library Access. Now Pursuant to Lewis V. Casey 518 U.S. 343, 349, 351, (1996) As the denial is stopping me from filing motions to show Why I failed to Comply with Deadline. I have U.S. Federal District Court Order for Pro-Se status. Your Acts Knowingly Deny U.S. Marshal Prisoners Access to the Courts. I Request Access to the Law Library to Prevent further injury to my Cases. All Inmates must be allowed Law Library Access. Anything less violates Const. Right ▓▓▓ of Access to the Courts.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature **Raymond Oechsle**   Date **12-13-07**

**DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY**

Received By **Dep. MELENDREZ**   Date **12/13/07**   Time **2031 /hrs**
Employee's Name (please print)

Grievance # _____   Date _____   Assigned to _____

Original: Inmate's Booking Jacket       Copy: Inmate       Copy: Administration

*Exhibit (17)*

ASU#050401

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

Exhibit (16)

☒ **INITIAL INMATE GRIEVANCE**
☐ **GRIEVANCE APPEAL**

Inmate's Name **Raymond Oechsle**    Booking # **0712341071**

Housing Location **AD Seg 2 G-2**    Date of Complaint **12-13-07**

Date of Incident **12-11 to present** Time of Incident **Dayshift** Location of Incident **AD Seg 2 G-2**

**EXPLAIN YOUR COMPLAINT (Include dates, times and names of persons involved)**

On 12-11-07, 12-12-07, & 12-13-07, the Dayshift officers Would not answer the Emergency Call Button. At times, I pushed the Emergency Call Button for over two hours on the above Dates. The Refusal of Staff to Answer the Emergency Call Button places my life in danger and demonstrates unprofessional Conduct by Staff. The harsh Conditions I'm under have produced extreme Stress & Seizures. This Constitutes An 8th Amendment Violation. These Emergency Call Button's need to be Fixed. I'm respectfully requested 4 Copies of 42 USC 1983 / Bivens Action & 2 Motion's to Proceed in Forma Pauperis.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature **Raymond Oechsle**    Date **12-13-07**

**DO NOT WRITE BELOW THIS LINE · STAFF USE ONLY**

Received By **DEP. MELENDREZ**    Date **121307**    Time **2030 hrs**
Employee's Name (please print)

Grievance # _____ Date _____ Assigned to _____

Original:  Inmate's Booking Jacket          Copy:  Inmate          Copy:  Administration

Exhibit (16)

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

Exhibit (19)

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

☒ **INITIAL INMATE GRIEVANCE**
☐ **GRIEVANCE APPEAL**

Inmate's Name **Raymond Oechsle**    Booking # **0712341071**

Housing Location **AD Seq 2 G-2**    Date of Complaint **12-14-07**

Date of Incident **12-8 to Present**   Time of Incident **Ongoing**   Location of Incident **AD Seq 2**

**EXPLAIN YOUR COMPLAINT** (Include dates, times and names of persons involved)

Why Am I being denied Religious Programs And or Chaplain Services? I have Turned in several Requests for A Bible and to speak with the Chaplain about being put on A Religious Diet. I'm not Disciplinary Segregation. These Acts Constitute serious Constitutional Violations that are willfully imposed upon me by San Bernardino West Valley Detention Center & staff from 12-8-07 through Present And I fully intend federal litigations Pursuant to 42 USC 1983 And hereby give Judicial Notice of Above Violations which will be included.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature **Raymond Oechsle**    Date **12-14-07**

**DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY**

Received By **K. Johnson**
Employee's Name (please print)
Date **12-14-2007**  Time **1900 HRS**

Grievance # _____  Date _____  Assigned to _____

Original: Inmate's Booking Jacket    Copy: Inmate    Copy: Administration

Exhibit (19)

—26—

ASU#050401

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

☒ WVDC
☐ CDC
☐ GHRC
☐ _____

Exhibit (20)

☐ **INITIAL INMATE GRIEVANCE**
☒ **GRIEVANCE APPEAL**

Inmate's Name **Raymond Oechsle**          Booking # **07123411071**

Housing Location **AD Seq 2 G-2**          Date of Complaint **12-16-07**

Date of Incident **12-8 to Present**  Time of Incident **Ongoing**  Location of Incident **AD Seq 2 G-2**

EXPLAIN YOUR COMPLAINT (include dates, times, such names or persons involved)

I've filed multiple Grievances contesting the illegal
conditions of my confinement. Despite this, Nobody
has responded to the following: WVDC was aware
that I'm A Pro-Se litigant with an immenint Court
Deadline, WVDC let this deadline pass & continue to
deny me Access to the Law Library & the Courts,
Locked down in extreme isolation, Denied outside Rec,
Religious Programs, ETC... All of the Above was
done without any hearing, classification, Due
Process thats mandated by the U.S. Supreme Court.
Taken together these conditions impose an Atypical
& Significant Hardship. San Bernardino WVDC &
Staff are Knowingly & deliberately Violating my 1st,
5th, 8th, & 14th Amendment Rights under the constitution,

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature **Raymond Oechsle**          Date **12-16-07**

DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY

Received By **DEP. WALLEN**          Date **12-16-07**  Time **1527 hrs.**
          Employee's Name (please print)

Grievance # _____  Date _____  Assigned to _____

Original: Inmate's Booking Jacket          Copy: Inmate          Copy: Administration

Exhibit (20)

ASU#050401

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

☒ WVDC
☐ CDC
☐ GHRC
☐

☐ **INITIAL INMATE GRIEVANCE**

☒ **GRIEVANCE APPEAL** (of # 0734G12062)

EXHIBIT (21)

Inmate's Name ___Stine, Mike71___    Booking # _0712341022_

Housing Location _Ad-Seg II G-1_    Date of Complaint _12/20/07_

Date of Incident _12/8-Through 12/16_  Time of Incident _N/A_  Location of Incident _Ad-Seg II G-1_

Title 15 Requirements And Requirements of Supreme Court in Farmer VS Brennan, Were Not meet, First off Deputies Do Not make Observation Checks ever hour, When officers enter Run They Mark Sheet Showing they entered Hours Prior Whereafter Paperwork Appears correct, Additionally Excuse That intercom was under Repair during Time Frame Shows And Admits incident Happen Further No Rule Book etc. issued or Directives on What to use intercom for Were issued And No Disciplinary or Attached Statement to support inappropriate use of intercom, The Failure To make Timely Response To intercom Allows Regarding As No Way To Summons Assistance, Note on 12/13/03 Oechsle Had seizure and Staff Would not Respond To G-1 (Stine) or (Oechsle) Intercom Button Oechsle Awoke on Floor Ask me How Come I Did not Get Him Help,

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _Mikeal S. St_    Date _12/20/07_

DO NOT WRITE BELOW THIS LINE - STAFF USE ONLY

Received By _DEP. MELENDREZ MLM_    Date _1/22/07_   Time _0041_
Employee's Name (please print)

Grievance # _____    Date _____    Assigned to _____

Original:  Inmate's Booking Jacket    Copy:  Inmate    Copy:  Administration

EXHIBIT (21)

ASU#050401

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

☐ ADC
☒ WVDC
☐ CDC
☐ GHRC
☐ OTHER _____

EXHIBIT (22)

# INMATE GRIEVANCE INVESTIGATION

Date **12/19/07**                              Grievance # **0734G12062**

Inmate's Name **STINE, MIKEAL**                Booking # **0712341072**

Investigation Conducted By **Sergeant Foster**          Employee # **F0747**

## SUMMARY OF COMPLAINT AND FINDINGS

**Complaint:**

**Stine claims staff failed to respond to his intercom when he pushed the button which put his life in jeapordy.**

**Findings:**

**Stine is housed in an administrative segregation cell. A deputy makes a visual observation check of Stine at least every hour. The observation checks were completed in a timely fashion and he had no medical emergencies. Title 15 requirements were met. The intercom is an additional way of communication and it was under repair during that time frame. Deputies have spoken to Stine several times for the inappropriate use of the intercom for non-emergency issues. There is no indication Stine's life was in jeapordy.**

## ACTION TAKEN

Grievance answered.

**INMATE COPY PLEASE DELIVER**

Reviewed By _Jack Trotter_                Approved By _Jack Trotter_
_____                  _____
Duty Lieutenant                          Facility Administrator

Written reply given to inmate on _12-20-07_ At _1426_ By _TAPIA_
                                   Date      Time       Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____                  _____
Inmate Signature                         Date

☐ Original: Inmate's Booking Jacket      ☐ Copy: Inmate      ☐ Copy: Administration

EXHIBIT (22)

ASU#050402

— 29 —

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

2254    1983 DANTS

**FILING FEE PAID**
Yes    No ✓

**IFP MOTION FILED**
Yes    No

**COPIES SENT TO**
Court    ProSe

Mikael Glenn Stine, et al

FILED

2008 JAN 18 PM 3: 25

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

San Bernardino County Jail, et al

BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Mikael Glenn Stine
#55436-098
PO Box 8500
Florence, CO 81226

ATTORNEYS (IF KNOWN)

'08 CV 0111 JLS AJB

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 550 Civil Rights | ☐ Security Act | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23    DEMAND $    Check YES only if demanded in complaint:  JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**    JUDGE    Docket Number

DATE    January 18, 2008    SIGNATURE OF ATTORNEY OF RECORD    R. Miller