IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JAN 18 PM 3: 25
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____RM_____ DEPUTY

Civil Action No. _____
(To be supplied by the court)

Mikeal Glenn Stine
_____, Plaintiff,

v.

San Bernardino County Jail; Lt. Trotter;
Sgt. D. Florence; And
Sgt. Mahoney; et. al. _____, Defendant(s).

'08 CV 0111 JLS AJB

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:

Denial of meaningful access to the courts; Due Process 5th and 14th Amendment; Deliberate Indifference to Serious Medical Needs / Unsafe Incarceration 8th Amendment;

(Rev. 11/01/04)

- 1 -

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

_____

_____

_____

_____

5. Are you in imminent danger of serious physical injury?

___ Yes (X No) (CHECK ONE). If you answered yes, briefly explain your answer:

_____

_____

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. See 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  1/10/08
                          (Date)

_____
(Prisoner's Original Signature)

### Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period. \\ _INSTITUTION WILL NOT GIVE UNTIL CASE NUMBER ISSUED_".

(Rev. 11/01/04)                              — 2 —